ORIGINAL

RECEIVED
AUG 23 2007
OFFICE OF THE CLERK
COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Philadelphia Authority for Industrial Development

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Sweeney

Name of the attorney of record (See RCFC 83.1(c)): Sean P. Bamford

Firm Name: Pepper Hamilton LLP

07-628 C

Post Office Box:

Street Address: 600 14th Street, NW

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: Phone: (202)220-1217; Fax (202) 220-1665

Is the attorney of record admitted to the Court of Federal Claims Bar? [x] Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? [x]Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: [1][1][4]
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [N][A][V]
See attached sheet for three-digit codes.

Amount Claimed: $ 3,941,212
Use estimate if specific amount is not pleaded.

Is this case directly related to any pending or previous case? ☐Yes [x]No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.