# In the United States Court of Federal Claims

No. 07-628C
(Filed: October 26, 2007)

***********************************
PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

Plaintiff filed its Complaint on August 23, 2007. Pursuant to Rule 12(a)(1) of the Rules of the United States Court of Federal Claims, defendant's answer to the Complaint was due October 22, 2007. **Defendant shall file its answer, request for enlargement of time to file its answer, or other responsive pleading no later than November 2, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge