**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | ) | |
| Plaintiff, | ) | No. 07-628C |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and this Court's October 26, 2007 order, the defendant respectfully requests an enlargement of time of 67 days, to and including Tuesday, January 8, 2008, within which to respond to the complaint. Pursuant to the Court's October 26, 2007 order, our response is now due on November 2, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that the plaintiff would not oppose a request for a 30-day enlargement, but will oppose our request for 67 days.

Before proceeding to the reasons for our request, defendant's counsel apologizes to the Court for any inconvenience caused by counsel's failure to file a response or motion to enlarge by the expiration of the time allowed for such filings under the Rules. The response date for this case was calendared, and counsel sincerely apologizes for this inadvertent oversight -- and appreciates the Court's reminder and sua sponte enlargement of the time to respond.

Following this missed deadline, counsel for the defendant would prefer to cure any error or delay he has caused by getting this case back on track immediately; however, we must request an enlargement of time to answer or otherwise respond to the plaintiff's complaint. Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Agency counsel has not yet been able to provide the litigation

report, and has informed defendant's counsel that this is due to its heavy workload at this time of year which has caused an internal delay in distributing assignments. Agency counsel assured defendant's counsel that, despite this delay, it has been addressing this case (and its other cases) as diligently as possible, and has also promised to make its effort to prepare the litigation report for this case a top priority. Therefore, counsel for the defendant expects that he will receive a litigation report in the near future, at which time he will be able to review it and determine the most appropriate response to the complaint. To accomplish this, we anticipate that an additional 67 days will be required to prepare our response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

October 31, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on October 31, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK