# In the United States Court of Federal Claims

No. 07-628C
(Filed: November 1, 2007)

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On October 31, 2007, defendant filed its Motion for an Enlargement of Time requesting an enlargement of time of sixty-seven (67) days within which to prepare and file its answer. Counsel for defendant represents that he timely requested, pursuant to 28 U.S.C. § 520, a litigation report from the appropriate agency. Agency counsel has not yet furnished the litigation report but has assured counsel for defendant that the litigation report would be prepared as diligently as possible. Defendant's counsel expects to receive the litigation report in the near future such that defendant may appropriately respond to the complaint. Defendant represents that plaintiff would not oppose a request for a thirty (30) day enlargement but opposes a request for 67 days.

Under these circumstances, the court finds that defendant's request for an additional 67 days is not unreasonable. Defendant has not previously requested an enlargement of time, and the additional 37 days defendant requests beyond those to which plaintiff has agreed will permit defendant to both receive and review the litigation report and prepare its answer accordingly. Therefore, the court grants defendant's motion. **Defendant shall file its answer no later than January 8, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge