**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | ) | |
| Plaintiff, | ) | No. 07-628C |
| v. | ) | |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL OF COUNSEL**

To the Clerk:

Please remove Sean P. Bamford as attorney of record for the Philadelphia Authority for Industrial Development. Going forward service of all papers by opposing parties should be addressed as follows:

Heather Kilgore Weiner
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004

Respectfully Submitted,

/s Sean P. Bamford

Sean P. Bamford
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665