# In the United States Court of Federal Claims

No. 07-628C
(Filed: November 27, 2007)

************************************
PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
************************************

**ORDER**

On November 16, 2007, counsel for plaintiff filed a Notice of Appearance, document # 9, and Notice of Removal of Counsel, document #10. The Clerk of the Court noted the following deficiencies. First, plaintiff's Notice of Appearance does not comply with Rule 83.1(a) of the Rules of the Court of Federal Claims ("RCFC"), which provides that "[t]here shall be but one attorney of record for a party in any case at any one time . . . ." Second, plaintiff's Notice of Removal of Counsel does not comply with RCFC 83.1(c)(4), which requires that an affidavit of appointment executed by the newly designated attorney accompany a motion to change the party's attorney. Third, both filings were not signed correctly as required by RCFC 11 and 83.1(c)(2).

With respect to the third deficiency, plaintiff's counsel signed both filings using an "/s" designation, rather than an "s/" designation, preceding their names. This designation fails to comply with General Order No. 42A, which governs interim procedures for electronic case filing. The signature provision of General Order No. 42A stipulates:

> ECF filings shall include a signature block in compliance with RCFC 11(a). As part of that block, the name of the Filing User . . . shall be preceded by a 's/' and shall be typed in the space where the signature would otherwise appear. Alternatively, a party may file a scanned document that contains a written signature. A filing that does not comply with these signature requirements shall be deemed to violate RCFC 11 and may be stricken.

Gen. Order No. 42A, § IV, ¶ 16 (2004).

Counsel is advised to review these requirements and conform all filings accordingly. **The Clerk is directed to strike plaintiff's Notice of Appearance, document #9, and Notice of Removal of Counsel, document #10.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge