IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | |
| v. | No. 07-628C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | |

PLAINTIFF'S MOTION FOR LEAVE
TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rules 1, 7 and 83.1(c)(4) of the Rules of this Court, Plaintiff, Philadelphia Authority for Industrial Development ("PAID") respectfully moves this Court for leave to substitute Heather Kilgore Weiner as attorney of record in this matter.

Heather Kilgore Weiner is a member in good standing of the Bar of this Court, and an Affidavit of Appointment executed by her is attached. Consent from the current attorney of record, Sean P. Bamford, is endorsed below.

Respectfully submitted,

Heather Kilgore Weiner

Heather Kilgore Weiner
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

Attorneys for Plaintiff

December 4, 2007

I am currently the attorney of record for PAID in this matter and hereby consent to the substitution of my colleague, Heather Kilgore Weiner.

Sean P. Bamford
Kirkpatrick & Lockhart LLP
1601 K Street NW
Washington, DC 20006-1600
(202) 778-9000

December 4, 2007