IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | No. 07-628C (Judge Sweeney) |
| v. | |
| THE UNITED STATES, Defendant. | |

AFFIDAVIT OF APPOINTMENT

Heather Kilgore Weiner, having been duly sworn, does depose and state as follows:

1. I am an attorney at law admitted to the Bar of the Untied States Court of Federal Claims and an associate at the firm of Pepper Hamilton LLP, 600 14th Street, N.W., Suite 500, Washington, DC 20005-2004.

2. My colleague, Sean P. Bamford has heretofore served as attorney of record for plaintiff, Philadelphia Authority for Industrial Development ("PAID"), in the above-captioned matter.

3. I have been appointed by First Federal to be substituted as counsel of record in this matter.

4. I submit this Affidavit of Appointment in support of Plaintiff's Motion for Leave to Substitute Attorney of Record.

Heather Kilgore Weiner

Sworn to before me this 4 day of December, 2007, in Washington, D.C.

Notary Public

My commission expires Cherrell Y. Hinnant Notary Public, District of Columbia My Commission Expires 5/14/2011