IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | No. 07-628C |
| v. | (Judge Sweeney) |
| THE UNITED STATES, Defendant. | |

ORDER

Upon consideration of Plaintiffs' Motion for Leave to Change its Counsel of Record, it is ordered that on this ______ day of ______, 2007, the motion is hereby GRANTED.

I hereby ORDER that Sean P. Bamford be removed as the counsel of record for plaintiff, Philadelphia Authority for Industrial Development, in the above-captioned matter and that Heather Kilgore Weiner be appointed the counsel of record for plaintiff, Philadelphia Authority for Industrial Development.

IT IS SO ORDERED.

______________________________
MARGARET M. SWEENEY
JUDGE