# In the United States Court of Federal Claims

No. 07-628C
(Filed: December 6, 2007)

```
***********************************
PHILADELPHIA AUTHORITY FOR        *
INDUSTRIAL DEVELOPMENT,           *
                                  *
                  Plaintiff,      *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

On December 5, 2007, counsel of record for plaintiff, Sean Patrick Bamford, filed a consented motion to substitute attorney Heather Kilgore Weiner as plaintiff's new counsel of record. The Clerk of the Court effected this change the same day. It appears, however, that Ms. Weiner currently does not have an electronic case filing ("ECF") account.

Counsel must comply both with General Order 42A for electronic filing and the Notice of Electronic Designation, which states: "Counsel must immediately obtain a CM/ECF account if they do not have one already in order to receive service of electronically filed documents." **Accordingly, the court directs plaintiff's new counsel of record to obtain a CM/ECF account and directs the Clerk to send a copy of this order to plaintiff's new counsel of record by regular mail.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge