**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | ) | |
| Plaintiff, | ) | No. 07-628C |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 5 days, to and including March 5, 2008, within which to file the Joint Preliminary Status Report ("JPSR") in this matter. The JPSR is currently due on February 29, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff will not oppose this request for an enlargement of time.

This enlargement is necessary because the parties, despite their own diligent efforts, have not yet been able to agree upon certain portions of the JPSR. Counsel for both plaintiff and defendant have been working to reach an agreement, but their efforts have been hampered by defense counsel's illness, which has kept him out of the office on Wednesday and Thursday of this week, and plaintiff's counsel's schedule, which has him out of the office on Friday. Counsel have scheduled a meeting on Monday afternoon to work out the JPSR. We anticipate that a five-day enlargement will permit us to come to final agreement and prepare the JPSR for filing by Wednesday, March 5, 2008.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick (by Franklin White, Jr.)
MARK A. MELNICK
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

February 29, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on February 29, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK