# In the United States Court of Federal Claims

No. 07-628 C
(Filed: February 29, 2008)

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On February 29, 2008, defendant filed an Unopposed Motion for an Enlargement of Time ("motion"). In its motion, defendant requests an enlargement of time of five (5) days, to and including March 5, 2008, within which to file a Joint Preliminary Status Report ("JPSR"). The JPSR is currently due February 29, 2008. Defendant represents that plaintiff does not oppose its motion and indicates that an enlargement is necessary because the parties have not yet been able to agree upon certain portions of the JPSR. The parties have scheduled a meeting for Monday, March 3, 2008, and intend to "work out the JPSR" and reach a final agreement in order to file the JPSR by March 5.

**Accordingly, defendant's motion is GRANTED. The parties shall file their JPSR no later than Wednesday, March 5, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge