# In the United States Court of Federal Claims

No. 07-628 C
(Filed March 7, 2008)

************************************
PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
************************************

**ORDER**

The parties filed the Joint Preliminary Status Report on March 5, 2008. **By no later than Tuesday, March 18, 2008**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge