RECEIVED
OVER THE COUNTER

MAR 14 2008

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | No. 07-628C (Judge Sweeney) |
| v. | |
| THE UNITED STATES, Defendant. | |

PLAINTIFF'S MOTION FOR LEAVE
TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rules 1, 7 and 83.1(c)(4) of the Rules of this Court, Plaintiff, Philadelphia Authority for Industrial Development ("PAID") respectfully moves this Court for leave to substitute Kenneth I. Levin as attorney of record in this matter.

Kenneth I. Levin is a member in good standing of the Bar of this Court, and an Affidavit of Appointment executed by him is attached. Consent from the current attorney of record, Heather Kilgore Weiner, is endorsed below.

Respectfully submitted,

Kenneth I. Levin
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215 981-4750

Counsel for Plaintiff

March 12, 2008

I am currently the attorney of record for PAID in this matter and hereby consent to the substitution of my colleague, Kenneth I. Levin.

Heather Kilgore Weiner

Heather Kilgore Weiner
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

March 14, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-628C (Judge Sweeney) |

AFFIDAVIT OF APPOINTMENT

Kenneth I. Levin, having been duly sworn, does depose and state as follows:

1. I am an attorney at law admitted to the Bar of the Untied States Court of Federal Claims and a partner at the firm of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth & Arch Streets, Philadelphia, PA 19103-2799.

2. My colleague, Heather Kilgore Weiner has heretofore served as attorney of record for plaintiff, Philadelphia Authority for Industrial Development ("PAID"), in the above-captioned matter.

3. I have been appointed by PAID to be substituted as counsel of record in this matter.

4. I submit this Affidavit of Appointment in support of Plaintiff's Motion for Leave to Substitute Attorney of Record.

Kenneth I. Levin

Sworn to before me this 12 day of March, 2008, in Philadelphia, PA.

Notary Public

My commission expires 11-14-2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2011

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | ) | No. 07-628C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to Change its Counsel of Record, it is ordered that on this ______ day of ______, 2008, the motion is hereby GRANTED.

I hereby ORDER that Heather Kilgore Weiner be removed as the counsel of record for plaintiff, Philadelphia Authority for Industrial Development, in the above-captioned matter and that Kenneth I. Levin be appointed the counsel of record for plaintiff, Philadelphia Authority for Industrial Development.

IT IS SO ORDERED.

MARGARET M. SWEENEY
JUDGE