# In the United States Court of Federal Claims

No. 07-628 C
(Filed March 27, 2008)

***********************************
PHILADELPHIA AUTHORITY FOR *
INDUSTRIAL DEVELOPMENT, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 27, 2008, this court held a status conference to discuss the parties' joint preliminary status report. The parties intend to proceed with discovery in accordance with the following schedule:

1. The exchange of initial disclosures shall occur no later than **April 3, 2008**.

2. Fact discovery shall be completed by **August 29, 2008**.

3. Plaintiff shall submit its expert report(s) to defendant no later than **October 14, 2008**.

4. Defendant shall submit its expert report(s) to plaintiff no later than **November 26, 2008**.

5. Expert depositions shall be completed by **January 16, 2009**.

Following the conclusion of discovery and by no later than **January 30, 2009**, the parties shall file a joint status report suggesting and proposing deadlines for further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge