**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, | ) | |
| Plaintiff, | ) | No. 07-628C |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties jointly and respectfully request the Court to amend the current scheduling order to enlarge all currently scheduled dates by approximately 70 days.[1] This is the parties first request to amend the schedule.

The Court's March 27, 2008 scheduling order set the various discovery deadlines in this case as follows:

| | |
|---|---|
| ● Exchange of Initial Disclosures | March 14, 2008 |
| ● Close of Fact Discovery | August 29, 2008 |
| ● Plaintiff's Expert Report Due | October 14, 2008 |
| ● Defendant's Expert Report Due | November 26, 2008 |
| ● Deadline for Expert Depositions | January 16, 2009 |

Two unanticipated factors have caused significant delays to the progress of discovery in this case. The first related to the fact that the plaintiff's contract to provide utility service to the Navy is ongoing, and the contractor and the Navy have been engaged in negotiations concerning

[1] Our intent is to adjust the close of fact discovery from August 29, 2008, to November 7, 2008, and then make similar adjustments to the remaining dates, as the parties' schedules permit.

future service rates under the contract while this litigation was ongoing, and this process has consumed a significant portion of the plaintiff's and the agency's time. Second, defendant's counsel encountered an inordinate amount of difficulty in locating, gathering, and organizing the agency's documents responsive to the plaintiff's requests. While he was making efforts to respond to the requests, counsel for the defendant kept counsel for the plaintiff informed of the situation and his progress in dealing with the agency and preparing the responsive documents, and the plaintiff agreed to numerous extensions to the production deadline. The parties currently agree that the Government shall make its production on or before September 10, 2008.

These delays have left the parties unable to schedule or conduct depositions in this case, and we therefore require an adjustment to the schedule so that we may conduct this discovery.

Finally, we recognize that our request comes after the originally scheduled close of fact discovery, and we sincerely apologize for any inconvenience that the timing of this request may cause the Court. The timing of our request is the result of an inadvertent oversight. Plaintiff's counsel has been busy with its rate renegotiations with the Navy, among other things. Defendant's counsel has been busy working, with counsel from the Navy and various staff members in his office, to organize and produce documents responsive to the plaintiff's requests. Additionally, in the past months, counsel for the defendant had been working upon: (1) preparing for and conducting a mediation in T.B. Penick & Sons, Inc. v. United States, Fed. Cl. No. 06-463C, which included multiple trips to San Diego (and discovery and settlement efforts in that case remain ongoing); (2) conducting discovery in Alvarez Engineering, Inc. v. United States, Fed. Cl. No. 07-565C; (3) oral argument in Hogan v. Peake, Fed. Cir. No. 2007-7177; (4) engaging in settlement negotiations in Native American Contractors v. United States, Fed. Cl.

No. 07-270C; (5) preparing responsive pleadings in Annuity Transfers Ltd., et al. v. United States, Fed. Cl. No. 08-386, and Settlement Funding LLC, et al. v. United States, Fed. Cl. No. 08-398C; (6) preparing a response to the amicus brief filed in Prochazka v. United States, Fed. Cl. No. 06-827C; (7) conducting document and deposition discovery in KI Liquidation, Inc. v. United States, Fed. Cl. No. 06-465C; (8) preparing a motion for summary judgment in Tidewater Contractors, Inc. v. United States, Fed. Cl. No. 08-128C; and (8) preparing to be married on September 20, 2008 (and be out of the office for the following 2 weeks) (not really work-related, but time-consuming nonetheless).

For the reasons set forth above, the parties jointly request that the Court amend the schedule in this case to provide as follows:

Accordingly, we respectfully request that the schedule be adjusted to reflect the following deadlines:

- Close of Fact Discovery — November 7, 2008
- Initial Expert Report Disclosure — December 12, 2008
- Rebuttal Expert Report Disclosure — January 9, 2008
- Deadline for Expert Depositions — February 6, 2009

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Kenneth I. Levin
KENNETH I. LEVIN
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103-2799
Tel. (215) 981-4472
Fax. (215) 981-4750
e-mail: levink@pepperlaw.com

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644
e-mail: devin.wolak@usdoj.gov

Attorneys for Defendant

September 5, 2008

**CERTIFICATE OF FILING**

I hereby certify that on September 5, 2008, a copy of the foregoing “Joint Motion To Amend Scheduling Order” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin Wolak