# In the United States Court of Federal Claims

No. 07-628 C
(Filed: September 8, 2008)

| | |
|---|---|
| PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On September 5, 2008, the parties filed a Joint Motion to Amend Scheduling Order ("joint motion"). In their joint motion, the parties request an enlargement of approximately seventy (70) days to the deadlines set forth in the court's March 27, 2008 scheduling order. According to the parties, the discovery process in this case has been delayed due to two unanticipated factors. First, plaintiff and the United States Navy entered into an ongoing contract for plaintiff to provide utility services, and the parties have been involved in negotiations concerning future service rates. These negotiations have, the parties represent, consumed a significant portion of both parties' time and resources during the pendency of this litigation. Second, defendant's counsel had difficulty locating, gathering, and organizing agency documents that are responsive to plaintiff's requests, but plaintiff has been aware of these difficulties and has been accommodating. The parties represent that defendant will make its production by September 10, 2008. Due to these unexpected delays, the parties state that they have been unable to conduct depositions, and they therefore request an adjustment to the current schedule. Defendant also notes that its counsel has been involved in several pending cases before both the United States Court of Federal Claims and the United States Court of Appeals for the Federal Circuit.

The court determines that the parties' request is reasonable. **Accordingly, the joint motion is GRANTED. The court adopts the parties' proposed modified schedule as follows:**

1. Fact discovery shall be completed by **Friday, November 7, 2008**.

2. Plaintiff shall submit its expert report(s) to defendant no later than **Friday,**

**December 12, 2008**.

4. Defendant shall submit its expert report(s) to plaintiff no later than **Friday, January 9, 2008**.

5. Expert depositions shall be completed by **Friday, February 6, 2009**.

Following the conclusion of discovery and by no later than **Friday, February 27, 2009**, the parties shall file a joint status report suggesting and proposing deadlines for further proceedings. The court also extends its best wishes to defense counsel on the upcoming nuptials.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge